Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: 916.525.0716
Facsimile: 916.760.3733
Attorneys for Plaintiff CRAIG HADLEY

Derek P. Cole (Cal. State Bar No. 204250)
Stephanie C. Alford (Cal State Bar No. 279354)
**COTA COLE LLP**
2261 Lava Ridge Court
Roseville, CA 95661
Phone: (916) 780-9009
Fax: (916) 780-9050
Email: dcole@cotalawfirm.com
       salford@cotalawfirm.com

Attorney for Defendants CITY OF ANGELS;
CITY OF ANGELS CAMP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG HADLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ANGELS; CITY OF ANGELS CAMP; and DOES 1-100, inclusive<br><br>　　　　DEFENDANT. | Case No.: 1:13-CV-00218-MJS<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

1  Plaintiff Craig Hadley, and Defendants City of Angels and City of Angels Camp, by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED:  December 2, 2013            **Cota Cole LLP**


By:  /s/ Derek P. Cole
       Derek P. Cole (as authorized on 12/2/13)
       Stephanie C. Alford
       Attorneys for Defendant CITY OF
       ANGELS; CITY OF ANGELS CAMP


DATED:  December 5, 2013            **Shimoda Law Corp.**


By:  /s/ Galen T. Shimoda
       Galen T. Shimoda
       Justin P. Rodriguez
       Attorneys for Plaintiff CRAIG HADLEY


**ORDER**

Based on the parties' stipulation, the Court hereby dismisses this Action with prejudice.

IT IS SO ORDERED.

Dated:   December 6, 2013            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28