Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: 916.525.0716
Facsimile: 916.760.3733
Attorneys for Plaintiff CRAIG HADLEY

Derek P. Cole (Cal. State Bar No. 204250)
Stephanie C. Alford (Cal State Bar No. 279354)
**COTA COLE LLP**
2261 Lava Ridge Court
Roseville, CA 95661
Phone: (916) 780-9009
Fax: (916) 780-9050
Email: dcole@cotalawfirm.com
         salford@cotalawfirm.com

Attorney for Defendants CITY OF ANGELS;
CITY OF ANGELS CAMP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HADLEY, | ) **Case No.: 1:13-CV-00218-MJS** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **DISMISS ACTION WITH PREJUDICE** |
| vs. | ) |
| | ) |
| | ) |
| CITY OF ANGELS; CITY OF ANGELS | ) |
| CAMP; and DOES 1-100, inclusive | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff Craig Hadley, and Defendants City of Angels and City of Angels Camp, by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED:  December 2, 2013                     **Cota Cole LLP**


By: /s/ Derek P. Cole
                    Derek P. Cole (as authorized on 12/2/13)
                    Stephanie C. Alford
                    Attorneys for Defendant CITY OF
                    ANGELS; CITY OF ANGELS CAMP


DATED:  December 5, 2013                     **Shimoda Law Corp.**


By: /s/ Galen T. Shimoda
                    Galen T. Shimoda
                    Justin P. Rodriguez
                    Attorneys for Plaintiff CRAIG HADLEY


## <u>ORDER</u>

Based on the parties' stipulation, the Court hereby dismisses this Action with prejudice.


IT IS SO ORDERED.


Dated:  December 6, 2013          /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28